IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUBRY STONE, et al.,

    Plaintiffs,                    No. CIV S-09-428 KJM

    vs.

NATIONAL CITY MORTGAGE, et al.,

    Defendant.                <u>ORDER</u>

        Plaintiffs have filed an amended complaint as a matter of right. Fed. R. Civ. P. 15. Accordingly, IT IS HEREBY ORDERED that defendant's previously filed motion to dismiss is denied as moot.

DATED: June 10, 2009.

                                      U.S. MAGISTRATE JUDGE

006
stone.mtd